CUYLER REALTY COMPANY v. THE TENEO COMPANY, INC.—Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ABRAHAM FLEISCHMAN and Others v. FRANCIS E. JOHNSON and Others, Individually and as Surviving Executors, etc.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

PATRICK A. GAYNOR v. TAYLOR MORE.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ORVILLE REALTY COMPANY, INC., v. HARRY T. WARNICK.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

GENUINE PANAMA HAT WORKS, INC., v. ALBERT MOSES and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

LOUIS A. SLATTERY v. SAMUEL S. JONES.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

MARYLAND CASUALTY COMPANY v. JAMES AUDITORE & COMPANY, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

A. STERN & COMPANY v. AVEDON & COMPANY, INC.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

RAYMOND C. PARKER v. PAUL C. SIMON.— Motion granted; question certified. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ADOLPH BULOVA v. S. S. CORPORATION, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

CHARLES P. DORFF v. ANTONIO TAYA and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

NICHOLAS A. GALANOS v. THE NEW YORK CENTRAL RAILROAD COMPANY. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

JACOB L. ANDRON v. HARRIS FUNK, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

SAMUEL LASHER v. METROPOLITAN SAVINGS BANK.— Motion granted, provided motion for leave to appeal, etc., be made returnable on January 21, 1921. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.